IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD ZELMA, *pro se*,<br><br>                    Plaintiff,<br>   v.<br><br>JONATHAN SEIBERT, VISION SOLAR, LLC, d/b/a/ VISION SOLAR NJ, LLC, d/b/a/ VISION SOLAR FL, LLC, d/b/a/ ENERGY–XCHANGE, MARK GETTS, SOLAR XCHANGE, Inc., and TELEMARKETER[S] CALLING FROM (908) 275-3308; (800) 746-7748; (818) 702-1899; and (609) 893-5078,<br><br>                    Defendants. | Case No.: 2:20-cv-20595-KM-ESK<br><br>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)<br><br>*Electronically Filed* |

TO THE CLERK:

Application is hereby made for a Clerk's Order extending time with which Defendants Vision Solar, LLC and Jonathan Seibert may answer, move, or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. This matter was removed to this Court on December 30, 2020; and

3. The time to Answer, Move, or otherwise Reply expires on January 6, 2021.

Dated: January 6, 2021                    **FOX ROTHSCHILD LLP**

                                          By: /s/ Adam Busler
                                          Adam Busler, Esquire
                                          Midtown Building – Suite 400
                                          1301 Atlantic Avenue
                                          Atlantic City, NJ 08401
                                          abusler@foxrothschild.com
                                          T: 609-348-4515
                                          F: 609-348-6834
                                          *Attorneys for Defendants, Vision Solar, LLC and Jonathan Seibert*

## **ORDER**

      The above application is ORDERED GRANTED.  Defendants Vision Solar, LLC and Jonathan Seibert time to answer, move, or otherwise reply is extended to January 20, 2021.

ORDER DATED: _____

                                      WILLIAM T. WALSH, Clerk

                                      By: _____
                                                    Deputy Clerk

## CERTIFICATE OF SERVICE

I, Adam Busler, hereby certify that, on this date, I caused the foregoing document to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Adam Busler
Adam Busler

Dated: 1/6/2021